**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7430**

---

GRADY EDWARD LLOYD,

                                 Plaintiff - Appellant,

     versus

MR. ADAM, Mail Service Room, Perry Correc-
tional Institution,

                                 Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(CA-99-3592-4-18BF)

---

Submitted:  February 8, 2001       Decided:  February 14, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Grady Edward Lloyd, Appellant Pro Se. Charles Franklin Turner, Jr.,
Samuel Carl Weldon, CLARKSON, WALSH, RHENEY & TURNER, Greenville,
South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Grady Edward Lloyd appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lloyd v. Adam, No. CA-99-3592-4-18BF (D.S.C. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED